IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02167-WYD-KMT

STEPHEN CHARLES TASSIO,

    Plaintiff,

v.

MARY MULLARKEY, individually and in her capacity as Chief Justice;
BILL RITTER, individually and in his capacity as Governor;
JOHN SUTHERS, individually and in his capacity as Attorney General; and
ROXY HUBER, individually an din her capacity as Executive Director, Jointly and
Severally,

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Motion for Settlement Conference and to Clarify/Change Scheduling Order and Order Setting Conferences" [Doc. No. 32, filed May 7, 2008] to which Defendants responded on May 8, 2008 [Doc. No. 34] and Plaintiff replied on May 14, 2008 [Doc. No. 35].

Mr. Tassio seeks to have the court compel the Defendants to engage in a further settlement conference in an attempt to resolve this case. Defendants, who participated in a fairly lengthy settlement conference with this court and Mr. Tassio on January 22, 2008, object and do not wish to pursue any further settlement negotiations.

In settlement of civil cases, as in certain other matters, the proverbial, "it takes two to tango," is apposite.

Therefore, it is ORDERED

Plaintiff's "Motion for Settlement Conference and to Clarify/Change Scheduling Order and Order Setting Conferences" [Doc. No. 32] is DENIED.

Dated this 8th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge
