IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02167-WYD-KMT

STEPHEN CHARLES TASSIO,

    Plaintiff,

v.

MARY MULLARKEY, individually and in her capacity as Chief Justice;
BILL RITTER, individually and in his capacity as Governor;
JOHN SUTHERS, individually and in his capacity as Attorney General; and
ROXY HUBER, individually an din her capacity as Executive Director, Jointly and
Severally,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to File Amended Original Complaint and Order Granting Permission to File Amended Original Complaint" (#47, filed July 18, 2008) is **DENIED**. Plaintiff failed to confer with Defendants before filing his present motion. The Tenth Circuit has cautioned that pro se litigants "must follow the same rules of procedure that govern other litigants." *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders." (citing cases)). The Local Rules of Practice for the District of Colorado(effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Dated: July 25, 2008